Eastern District of Kentucky
**FILED**

JAN 23 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

UNITED STATES OF AMERICA

V.                                        INDICTMENT NO. 7:25-cr-004-DCR
                                          21 U.S.C. § 841(a)(1)

RANDY KEATHLEY

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about August 16, 2024, in Pike County, in the Eastern District of Kentucky,

**RANDY KEATHLEY**

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### FORFEITURE ALLEGATION
### 21 U.S.C. § 853

1.  By virtue of the commission of the felony offense alleged in the Indictment, **RANDY KEATHLEY** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of U.S.C. § 841, and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that

RANDY KEATHLEY has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

3. The property to be forfeited includes, but is not limited to, the following items seized on or about August 16, 2024:

### FIREARMS AND AMMUNITION:

1. Taurus, Model G2c, 9mm semi-automatic handgun with serial number ABC439476;
2. Smith & Wesson .38 Special revolver with serial number 24K7935;
3. 12-gauge single-shot shotgun, no visible make or model, with serial number 751611; and
4. Various rounds of ammunition.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

███████████████

**FOREPERSON**

*/s/ Carlton S. Shier, IV*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**   Mandatory special assessment of $100.

**PLUS:**   Forfeiture of listed items.

Case: 7:25-cr-00004-DCR-EBA    Doc #: 1    Filed: 01/23/25    Page: 3 of 3 - Page ID#: 3